1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MOHAMED POONJA,                              CASE NO. 5:CV 12-01066-EJD

                                             **CASE MANAGEMENT ORDER**

          Plaintiff(s),

  v.

INFINITY HI, LLC., ET AL.,

          Defendant(s).
_____/

     This case is scheduled for a Case Management Conference on May 24, 2013. Based on the parties' Joint Case Management Statement and proposed schedule (see Docket Item No. 7), the court has determined an appearance is unnecessary at this time.  Accordingly, the Case Management Conference is VACATED and the parties are ordered to comply with the following schedule.

     IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Statement.

     IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.  The parties are instructed to comply with Federal Rule of Civil Procedure 15 in seeking joinder of parties or amendments to the pleadings.

     IT IS FURTHER ORDERED that the parties shall comply with the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure:

     IT IS FURTHER ORDERED that any disputes with respect to discovery or disclosure are

1

CASE NO. 5:CV 12-01066-EJD
CASE MANAGEMENT ORDER

**United States District Court**
For the Northern District of California

1   referred to the assigned Magistrate Judge.

2           IT IS FURTHER ORDERED that the parties shall contact the court's ADR Unit within 10

3   days of the date of this Order.

4           IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| EVENT | DEADLINE |
|---|---|
| Fact Discovery Cutoff | December 20, 2013 |
| Designation of Opening Experts with Reports | 49 days before Expert Discovery Cutoff |
| Designation of Rebuttal Experts with Reports | 28 days before Expert Discovery Cutoff |
| Expert Discovery Cutoff | February 21, 2014 |
| Deadline(s) for Filing Discovery Motions | <u>See</u> Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions[1] | March 14, 2014 |
| Preliminary Pretrial Conference | 11:00 a.m. on December 6, 2013 |
| Joint Preliminary Pretrial Conference Statement | November 27, 2013 |

15          IT IS FURTHER ORDERED that the parties shall comply with the Standing Order re

16  Pretrial Preparation, a copy of which is available from the Clerk of the Court,[2] with regard to the

17  timing and content of the Joint Preliminary Pretrial Conference Statement, and all other pretrial

18  submissions.

19  **IT IS SO ORDERED.**

20

21  Dated:  May 20, 2013



22                                          EDWARD J. DAVILA
                                            United States District Judge

---

[1]        This is the last date for *filing* dispositive motions.  The actual hearing on the motion
may be noticed for a date subsequent after contacting Judge Davila's courtroom deputy.

[2]        A copy of Judge Davila's standing order is also available on the court's website at
www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then
on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order re
Pretrial Preparation."

CASE NO. 5:CV 12-01066-EJD
CASE MANAGEMENT ORDER