IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMC CORPORATION, | CASE NO. 5:CV 13-00118-EJD |
| Plaintiff(s), | **ORDER** |
| v. | |
| RON SHA, ET AL, | |
| Defendant(s). | |

The above-entitled action is scheduled for a Case Management Conference on May 24, 2013. Defendants have filed a Motion to Dismiss and Motion for Judgment on the Pleadings, which have been scheduled to be heard before the Court on June 7, 2013 and August 9, 2013, respectively. In light of these motions, the Court finds an appearance unnecessary at this time and accordingly vacates the Case Management Conference.

**IT IS SO ORDERED.**

Dated: May 20, 2013

EDWARD J. DAVILA
United States District Judge