IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EMC CORPORATION, | CASE NO. 5:13-cv-00118 EJD |
| Plaintiff(s), | **ORDER CONTINUING MOTION HEARING** |
| v. | |
| RON SHA, et. al., | |
| Defendant(s). | |

The hearing on the Motions for Judgment on the Pleadings (Docket Item Nos. 24, 26) currently scheduled for August 9, 2013, is CONTINUED to **August 16, 2013, at 9:00 a.m.**

**IT IS SO ORDERED.**

Dated: August 2, 2013

EDWARD J. DAVILA
United States District Judge